**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In Re:  **Mary Edwards**

        **Debtor(s).**

                               **Chapter:  13**

                               **Case:**       **13-34542-MGH-13**

---

### EX PARTE MOTION TO EXTEND THE DEADLINE FOR COMPLETION OF SCHEDULES AND CHAPTER 13 PLAN

---

Now comes Richard Wallace Zeddun #1030787, of Law Advisors, S.C., Attorney for Debtors, and respectfully represents that:

1. That he is the attorney of record in the above case.

2. That the debtor's case was filed on November 5, 2013.

3. That debtor is still waiting on income information from her employer which is required to complete the debtor's Schedules and Means Test.

4. The 341 Meeting in the case is scheduled for December 27, 2013.

Wherefore, the Debtor(s), by and through their attorney request that the Court enter an order extending the deadline for completion of the schedules and Chapter 13 Plan until November 29, 2013.

Dated: November 19, 2013 at Madison Wisconsin.

Respectfully Submitted

By: _____/s/ Rich Zeddun_____
Richard Wallace Zeddun #1030787
Attorney for Debtor(s)
Law Advisors, S.C.
2801 International Lane #205
Madison, WI 53704
608-242-9700